THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Andrae Lear Scott, Appellant.
 
 
 

Appeal From Richland County
 J. Ernest Kinard, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-648
Submitted December 1, 2005  Filed December 21, 2005   

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Andrae Lear Scott appeals his conviction and sentence of five years for strong armed robbery.  His counsel contends the plea court failed to obtain a valid waiver of Scotts right to confront witnesses and his privilege against self-incrimination.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Scotts appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J. and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.